**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE HOLDERS OF HUDSON'S BAY SIMON JV TRUST 2015-HBS, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-HBS, BY SITUS HOLDINGS, LLC, IN ITS CAPACITY AS SPECIAL SERVICER,<br><br>Plaintiff,<br><br>-v-<br><br>HUDSON'S BAY COMPANY, HUDSON'S BAY COMPANY ULC, AND HBC L.P.,<br><br>Defendants. | Civil Action No.<br><br><br><br>**LOCAL RULE 26.1 DEMAND** |

Pursuant to Local Civil Rule 26.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Wilmington Trust, National Association, as Trustee (the "Trustee") in Trust for the benefit of the Holders (the "Certificateholders") of Hudson's Bay Simon JV Trust 2015-HBS (the "Trust"), Commercial Mortgage Pass-Through Certificates, Series 2015-HBS, by Situs Holdings, LLC, in its capacity as Special Servicer ("Situs" or "Servicer"), demands that Defendants furnish a verified statement, within seven (7) days, setting forth information necessary to determine each of the Defendants' citizenship including:

a. If the responding party is a natural person, that party's residence and domicile, and any state or other jurisdiction of which that party is a citizen for purposes of 28 U.S.C. § 1332;

b. If the responding party is a partnership, limited liability partnership, limited liability company, or other unincorporated association, like information for all of its partners or members (including sub-partners and sub-members), as well as the state or other jurisdiction of its formation; and

c.  If the responding party is a corporation, its state or other jurisdiction of incorporation, principal place of business, and any state or other jurisdiction of which that party is a citizen for purposes of 28 U.S.C. § 1332.

Dated: May 18, 2020

**LOWENSTEIN SANDLER LLP**

By:   */s/ Michael T.G. Long*
Michael T.G. Long
Sheila A. Sadighi *(pro hac vice forthcoming)*
Thomas E. Redburn, Jr. *(pro hac vice forthcoming)*
1251 Avenue of the Americas
New York, New York 10020
Tel. 212.262.6700
mlong@lowenstein.com
ssadighi@lowenstein.com
tredburn@lowenstein.com

and

Craig A. Welin *(pro hac vice forthcoming)*
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427
Tel. (323) 852-1000
cwelin@frandzel.com

*Counsel for Plaintiff*